```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
------------------------------------------
In re:                                    : Case No. 09-11061 (mg)
                                          : New York, New York
    FRGR MANAGING MEMBERS, LLC,           : April 13, 2010
                                          :
                              Debtor.     : 10:46 a.m.
------------------------------------------


              TRANSCRIPT OF FRGR MANAGING MEMBER LLC
        ADV: 1-09-01542, CHAP 11, STATUS CONFERENCE RE
       MOTION FOR PRELIMINARY INJUNCTION AND OTHER RELIEF
        FILED BY ABRAHAM J. BACKENROTH ON BEHALF OF FRGR
          MANAGING MEMBER LLC; AND PRE-TRIAL CONFERENCE.
                 BEFORE THE HONORABLE MARTIN GLENN
                   UNITED STATES BANKRUPTCY JUDGE

A P P E A R A N C E S :

    For the Debtor:       RONALD J. FRIEDMAN, ESQ.
                          SilvermanAcampora, LLP
                          100 Jericho Quadrangle, Suite 300
                          Jericho, New York 11753
                          (516) 479-6300; (516) 479-6301 fax

    For FRGR Managing     ABRAHAM BACKENROTH, ESQ.
    Members:              Backenroth, Frankel & Krinsky, LLP
                          489 Fifth Avenue
                          New York, New York 10017
                          (212) 593-1100; (212) 644-0544 fax

    For Citigroup         ELISE SCHERR FREJKA, ESQ.
    Global Markets        Kramer Levin Naftalis & Frankel, LLP
    Realty Corp.:         1177 Avenue of the Americas
                          New York, New York 10036
                          (212) 715-9100; (212) 715-8000 fax

    For the Trustee:      GARY E. HERBST, ESQ.
                          Lamonica Herbst & Maniscalco, LLP
                          3305 Jerusalem Avenue
                          Wantagh, New York 11793
                          (516) 826-6500; (516) 826-0222 fax

    Transcriber:          AAA Electronic Sound Reporters
                          (888) 866-5135; (800) 860-5722 fax

       Proceedings recorded by electronic sound recording.
           Transcript produced by transcription service.
```

1   THE COURT: Let me see. We still had on the calendar
2   FRGR Managing Member. I don't know whether -- I mean I guess we
3   do have something. So that's 09-11061 and adversary proceeding
4   09-01542.
5   MR. HERBST: Hi. Good morning, Your Honor. Gary
6   Herbst from Lamonica, Herbst & Maniscalco on behalf of Sal
7   Lamonica.
8   THE COURT: Since I told you the other day I wanted
9   you here, I mean we better find out what's going on.
10  MR. HERBST: I guess I have to say something. I'm
11  here, Judge.
12  THE COURT: Yes.
13  MR. HERBST: On behalf of Sal Lamonica, the Chapter 7
14  Trustee in the FRGR Managing Member's case. Your Honor, I think
15  on Friday we went through a laundry list of what was happening
16  in the case and we advised the Court that we had reached a
17  tentative settlement with Citgroup in the matter. We have been
18  exchanging the settlement documents. We are reviewing that now.
19  Hopefully by week's end, we'll have that completed and submitted
20  to the Court.
21  I have spoken with Mr. Steve Stern, counsel to I guess
22  Mark Stern, advising him that we've reached a resolution. They
23  may submit some other proposal to the Court or object but they
24  will be on notice, of course, of any proposal and there will be
25  an opportunity to be heard on it. But we think that the

proposal that we've worked out with Citigroup is a very good resolution for all of the matters. But it will be on the Court -- we have tentatively the May 18 date. We're going to try to use that if we can. If we run a little short on time, then what I may do is bring an order down to schedule a hearing for that date if I am running short on the notice time.

THE COURT: Okay.

MR. HERBST: But I don't think that will be the case.

THE COURT: See if you can stay on the regular notice. I will certainly consider shortening it by a little bit but --

MR. HERBST: That's all we would be talking about but I don't think that will be necessary but we're working towards getting it down to the Court for that date.

THE COURT: All right. Anybody else have -- thank you very much.

MR. HERBST: Thank you.

THE COURT: I appreciate you coming back today.

MR. HERBST: Thank you, Your Honor.

THE COURT: All right. Anybody have anything else they want to raise in either the FRGR Managing Member case or the First Republic case? We're adjourned. Thank you very much.

MR. HERBST: Thank you, Your Honor.

MR. SEIDMAN: Thank you, Your Honor.

(Matter concluded as of 10:47:52 a.m.)

- o0o -

1        CERTIFICATION
2
3        I, Linda Ferrara, certify that the foregoing is a
4   correct transcript from the official electronic sound recording
5   of the proceedings in the above-entitled matter.
6   Dated:  April 13, 2010.
7
8                              _____
9                              Signature of Approved Transcriber
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25